UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANTHONY CORTESE, *individually and on behalf of others similarly situated*,

                                            Plaintiff,

      -against-

SKANSKA KOCH, INC. ET AL,

                                         Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING STATUS CONFERENCE**

20-CV-1632 (LJL)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 27).  A telephone conference will be held on **Tuesday, July 28, 2020 at 3:30 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: July 1, 2020
      New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge