# BRACH | EICHLER LLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/22/2020

Michael H. Ansell
Direct Dial: 973-364-8330
Direct Fax: 973-348-3091
E-mail: mansell@bracheichler.com

**MEMO ENDORSED**

August 21, 2020

VIA ECF
Honorable Katharine H. Parker, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 17D
New York, New York 10007

    Re:    Cortese v. Skanska Koch, Inc., et al
           Civil Action No. 1:20-cv-01632 (LJL)

Dear Judge Parker

    This firm represents plaintiff Anthony Cortese, both individually and behalf of all similarly situated individuals ("Plaintiff"). We write with the consent of all parties to request an adjournment of the settlement conference currently scheduled for September 8, 2020.

    Since our initial scheduling call on July 28, 2020, our office has been contacted by a number of former workers on the Bayonne Bridge Project and, to date, has been retained by one (1) additional former employee to be a named plaintiff. Our office has shared a draft proposed Third Amended Complaint with counsel, but it is not yet finalized as we are awaiting additional information from the new client as well as potential retainer agreements with additional named plaintiffs.

    Due to the fact that the parties have agreed to a settlement conference in an effort to resolve these individual claims prior to a collective or class action being certified, we will not be in a position to do so until after all of the named individual plaintiffs have been identified and the Third Amended Complaint has been filed. Accordingly, we respectfully request that the settlement conference be adjourned until at least October 8, 2020 to provide the parties an opportunity to finalize the pleadings and gather information relevant to the claims of the named plaintiffs so that we are in a better position to discuss settlement of the individual claims.

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

777 South Flagler Drive
Suite 800, West Tower
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

BE:11196626.1/COR283-277726

BRACH EICHLER LLC

Honorable Katharine H. Parker, U.S.M.J.
August 21, 2020
Page 2

      We thank the Court for its time and attention to this matter and are available at Your Honor's convenience should any additional information be necessary.

                      Respectfully submitted,

                      /s/Michael Ansell
                      Michael H. Ansell

MA:s
cc:  All counsel of record (via ECF)

---

**APPLICATION GRANTED:** The settlement conference in this matter currently scheduled for Tuesday, September 8, 2020 at 2:00 p.m. is hereby rescheduled to **Wednesday, November 11, 2020 at 10:00 a.m.**  Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **November 4, 2020 by 5:00 p.m.**

APPLICATION GRANTED

*Katharine H. Parker* (signature)

Hon. Katharine H. Parker, U.S.M.J.
08/22/2020