```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ANTHONY CORTESE, et al.,                                           :
                                                                   :
                        Plaintiffs,                                :
                                                                   :      20-cv-1632 (LJL)
        -v-                                                        :
                                                                   :      ORDER
SKANSKA KOCH, INC.,                                                :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020

LEWIS J. LIMAN, United States District Judge:

The parties are directed to appear for an argument on January 11, 2020 at 3:30 p.m. The argument will proceed telephonically. Parties are directed to dial 888-251-2909 and use access code 2123101.

SO ORDERED.

Dated: December 10, 2020
       New York, New York
                                                  _____
                                                         LEWIS J. LIMAN
                                                  United States District Judge