

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/05/2021**

www.pecklaw.com

70 Grand Avenue
River Edge, NJ 07661
tel. 201.343.3434
fax 201.343.6306

New York, NY
Los Angeles, CA
Oakland, CA
Washington, D.C.
Miami, FL
Chicago, IL
River Edge, NJ
Austin, TX
Dallas, TX
Houston, TX

International
Alliances

Argentina
Brazil
Canada
Chile
Colombia
Costa Rica
El Salvador
England
Guatemala
India
Mexico
Panama
Peru
Uruguay

**VIA ECF**

# MEMO ENDORSED

January 4, 2021

Hon. Katharine H. Parker, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 17D
New York, NY 10007

Re:   *Cortese, et al. v. Skanska Koch, Inc., et al.*
         Civil Action No. 1:20-cv-01632 (LJL)

Dear Judge Parker:

This firm represents Defendants Skanska Koch, Inc., and Skanska Koch – Kiewit Joint Venture (hereafter "Defendants"). We write with the consent of all parties to request an adjournment of the settlement conference currently scheduled for January 11, 2021.

Pursuant to the Court's Order, Plaintiffs filed a Third Amended Complaint on October 23, 2020, adding five (5) named plaintiffs. As a result of that filing, Defendants renewed their motion to dismiss and Plaintiffs moved for conditional collective action certification. These motions remain pending, with oral argument scheduled for January 11, 2021. Moreover, on December 31, 2020, the Court granted in part the parties' request to engage in supplemental discovery regarding the newly-added named Plaintiffs. Additional written discovery requests can be propounded on January 15, 2021, with responses due on February 15, 2021.

Given that discovery relating to the five (5) newly-added Plaintiffs will not be completed until February 15, 2021, the parties jointly request that the settlement conference be adjourned until sometime in late February or early March, which would allow the parties to review the new evidence exchanged in discovery.

**The settlement conference in this matter currently scheduled for Thursday, January 14, 2021 at 10:00 a.m. is rescheduled to Monday, March 8, 2021 at 11:00 a.m. Counsel is directed to call Judge Parker's teleconference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267. The parties are instructed to complete the Settlement Conference Summary Report and prepare preconference submissions in accordance with Judge Parker's Individual Rules of Practice. Preconference submissions must be received by the Court no later than March 1, 2021 by 5:00 p.m.**

SO ORDERED:

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
01/05/2021



4424334v1

Hon. Katharine H. Parker, U.S.M.J.
January 4, 2021
Page 2

We thank the Court for its time and attention to this matter and are available at Your Honor's convenience should any additional information be necessary.

Respectfully submitted,

*/s/ Michael J. P. Schewe*

Michael J. P. Schewe
Email: mschewe@pecklaw.com

MJPS:sms

4424334v1