UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                          :

ANTHONY CORTESE, et al.,                                        :

                                  Plaintiffs,           :

                                                                :

                  -v-                                                  :

                                                               :

SKANSKA KOCH, INC., KIEWIT                                  :
INFRASTRUCTURE CO.  & SKANSKA KOCH –           :
KIEWIT JV,                                                             :
                                                               :

                                   Defendants.           :

                                                                  :
--------------------------------------------------------------------X

20-cv-1632 (LJL)

<u>ORDER</u>

LEWIS J. LIMAN, United States District Judge:

        The Court invites letter briefs of no longer than 4 single-spaced pages, to be filed by Thursday, February 4, 2021 at 5:00 p.m. on the following three questions raised by the pending motion to dismiss:

        1. Under general principles of contract law, where a union has been authorized to engage in collective bargaining on behalf of an employee, would a contract for wages negotiated and agreed between an employer and an employee without collective bargaining or the participation of the authorized union representative (including a contract signed by the employee herself rather than the representative) be enforceable by the employer against the employee? Would it be enforceable by the employee against the employer?

        2.  If the answer to Question 1 is no, does it make a difference that the contract here is one to which the employee is a third-party beneficiary rather than a party?

        3.  Had the terms of the Construction Agreement upon which Plaintiffs rely been included in an agreement signed directly by the Plaintiffs would that agreement be enforceable by the employer?  By the employee?

        In answering these questions, the parties should feel free to reference any applicable general principles of law as well as any directly applicable precedent.

        In addition, the parties should address the following question: had the terms of the Construction Agreement upon which Plaintiffs rely been included in a collective bargaining agreement, would Plaintiffs be able to rely on those terms in bringing a FLSA overtime claim without first exhausting remedies under the Taft-Hartley Act.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/1/2021___

SO ORDERED.

Dated: February 1, 2021
     New York, New York

_____
LEWIS J. LIMAN
United States District Judge