**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANTHONY CORTESE, JAMES KEARNEY, DANIEL JULIO, JOHN SICILIANO, JEFFREY BROOK, and MARK LEYBLE, individually and on behalf of others similarly situated,

                             Plaintiffs,

     -against-                                                 20 **CIVIL** 1632 (LJL)

                                                                          **<u>JUDGMENT</u>**

SKANSKA KOCH, INC., KIEWIT INFRASTRUCTURE CO., and SKANSKA KOCH – KIEWIT JV,

                             Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 8, 2021, Defendants' motion to dismiss with prejudice is granted. The motion for conditional certification is denied, and the case is closed.

**Dated:** New York, New York
          February 9, 2021

                                                        **RUBY J. KRAJICK**

                                                           Clerk of Court
                                 **BY:**
                                                             Deputy Clerk