```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

ANTHONY CORTESE, *individually and on behalf of others similarly situated,*

                Plaintiff,

-against-

SKANSKA KOCH, INC. ET AL,

                Defendants.
```
-----------------------------------------------------------------X
```

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**20-CV-1632 (LJL)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Clerk's Judgment filed on February 9, 2021 (doc. no 92) the Settlement Conference currently scheduled for **March 3, 2021** is hereby adjourned *sine die*.

SO ORDERED.

Dated: February 10, 2021
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge